UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| In re: | : | |
| --- | --- | --- |
| | : | |
| JEWELL, RUSSELL J. | : | Case No. 09-10477-SSM |
| JEWELL, SUSAN R. | : | Chapter 7 |
| | : | |
| Debtors. | : | |

REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the Trustee submits a check payable to "Clerk, United States Bankruptcy Court" in the amount of $4.80 representing small dividends to be deposited by the Clerk of the Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. §2042 and shall not escheat under any state law.

| Creditor's Name and Address | Claim No. | Amount of Dividend |
| --- | --- | --- |
| BB&T Bankruptcy Section<br>P O Box 1847<br>Wilson, NC  27894 | 92 | $4.80 |

Dated:  10/25/2010            /s/ ROBERT O. TYLER
                              ROBERT O. TYLER, Chapter 7 Trustee
                              TYLER, BARTL, RAMSDELL & COUNTS, PLC
                              300 N. Washington Street, Suite 202
                              Alexandria, Virginia 22314
                              (703) 549-7177